924

*Solicitor General Perlman* filed a memorandum for the United States.

No. 670.  DORITY ET AL. *v.* NEW MEXICO EX REL. BLISS, STATE ENGINEER.  Appeal from the Supreme Court of New Mexico.  *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question.  *California Oregon Power Co.* v. *Beaver Portland Cement Co.,* 295 U. S. 142.  MR. JUSTICE REED and MR. JUSTICE DOUGLAS are of the opinion probable jurisdiction should be noted.  *Caswell S. Neal* for appellants.  *Joe L. Martinez,* Attorney General of New Mexico, *Joseph O. Walton,* Special Assistant Attorney General, and *Charles S. Rhyne* for appellee.

No. 457, Misc.  WILLIAMS *v.* OVERHOLSER, SUPERINTENDENT;

No. 460, Misc.  WILLIAMS *v.* LAINSON, WARDEN; and

No. 474, Misc.  IN RE CHICK.  The motions for leave to file petitions for writs of habeas corpus are severally denied.

No. 473, Misc.  IN RE BRINK.  Application denied.

No. 462, Misc.  IN RE COSGROVE.  Motion for leave to withdraw the petition for writ of habeas corpus granted.

No. 584.  UNITED STATES *v.* WUNDERLICH ET AL.  Court of Claims.  Certiorari granted.  *Solicitor General Perlman* for the United States.  *Harry D. Ruddiman* and *John W. Gaskins* for respondents.